United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS BRANCH,

     Plaintiff,

     v.

WARDEN AYERS, et al.,

     Defendants.

_____/

No. C 11-01977 SBA (PR)

**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOF OF SERVICE OR TO SHOW CAUSE WHY CLAIMS AGAINST UNSERVED NAMED DEFENDANTS SHOULD NOT BE DISMISSED**

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On September 16, 2011, the Court issued an "Order to Show Cause Why Claims Against Unserved Defendants Should Not Be Dismissed." The Court directed Plaintiff, who paid the filing fee in this matter, to either provide the Court with proof of service of the summons and complaint upon the named Defendants against whom he alleges his claims, or otherwise show cause why the complaint should not be dismissed without prejudice as to each unserved Defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Sept. 16, 2011 Order at 1-2.)

Plaintiff has filed a request for a ninety-day extension of time to show proof that he has served the named Defendants, or to show cause why the claims against the unserved named Defendants should not be dismissed from this action without prejudice. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may either provide the Court with proof of service on the named Defendants, or show cause why the claims against the unserved named Defendants should not be dismissed from this action without prejudice, will be extended up to and including **January 16, 2012.** Failure to do so by the new deadline shall result in the dismissal of all claims against the unserved named Defendants without prejudice. This Order terminates Docket no. 5.

    IT IS SO ORDERED.

DATED: <u>11/15/11</u>

                    SAUNDRA BROWN ARMSTRONG
                    United States District Judge

G:\PRO-SE\SBA\CR.11\Branch1977.EOT-OSC-response.frm

**United States District Court**
For the Northern District of California

1

2  UNITED STATES DISTRICT COURT

3  FOR THE

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  LOUIS BRANCH,                                  Case Number: CV11-01977 SBA

8              Plaintiff,                         **CERTIFICATE OF SERVICE**

9      v.

10  AYERS et al,

11              Defendant.
                                        /
12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

14
    That on November 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
15  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16  located in the Clerk's office.

17

18
    Louis  Branch B-17786
19  Correctional Training Facility
    P.O. Box 689
20  Soledad,  CA 93960

21  Dated: November 18, 2011

22                                      Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.11\Branch1977.EOT-OSC-response.frm          2