IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS BRANCH,

    Plaintiff,

v.

WARDEN AYERS, et al.,

    Defendants.

No. C 11-01977 SBA (PR)

**ORDER GRANTING SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOF OF SERVICE OR TO SHOW CAUSE WHY CLAIMS AGAINST UNSERVED NAMED DEFENDANTS SHOULD NOT BE DISMISSED**

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On September 16, 2011, the Court issued an "Order to Show Cause Why Claims Against Unserved Defendants Should Not Be Dismissed." The Court directed Plaintiff, who paid the filing fee in this matter, to either provide the Court with proof of service of the summons and complaint upon the named Defendants against whom he alleges his claims, or otherwise show cause why the complaint should not be dismissed without prejudice as to each unserved Defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Sept. 16, 2011 Order at 1-2.)

In an Order dated November 15, 2011, the Court granted Plaintiff's request for a ninety-day extension of time to respond to its September 16, 2011 Order.

Before the Court is Plaintiff's second request for an extension of time to respond to its September 16, 2011 Order.

IT IS HEREBY ORDERED that Plaintiff's second request for an extension of time is GRANTED. The time in which Plaintiff may either provide the Court with proof of service on the named Defendants, or show cause why the claims against the unserved named Defendants should not be dismissed from this action without prejudice, will be extended up to and including **March 16, 2012.** Failure to do so by the new deadline shall result in the dismissal of all claims against the unserved named Defendants without prejudice. This Order terminates Docket no. 7.

IT IS SO ORDERED.

DATED: 1/23/12

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>            Plaintiff,<br><br>   v.<br><br>AYERS et al,<br><br>            Defendant. | Case Number: CV11-01977 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis  Branch B-17786
California State Prison - Solano
P.O. Box 4000
Vacaville,  CA 95696-4000

Dated: January 25, 2012

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.11\Branch1977.2ndEOT-OSC-response.wpd       2